UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff-Respondent,

v.

MATTHEW LEON VAUGHN,

        Defendant-Petitioner.

_____/

Case No. 15-20134

Honorable Nancy G. Edmunds

### ORDER DENYING PETITIONER'S APPLICATION TO PROCEED
### *IN FORMA PAUPERIS* [46]

    This matter comes before the Court on Petitioner Matthew Leon Vaughn's application to proceed *in forma pauperis* on appeal. (Dkt. # 46). As noted in the Court's July 25, 2018 Order, the Court declined to issue a certificate of appealability because the arguments raised in Petitioner's Section 2255 motion are without merit and because Petitioner failed to make a substantial showing that his constitutional rights were compromised. (Dkt. # 43, Pg ID 294). The Court finds that any appeal of the July 25, 2018 Order and Judgment would be frivolous and would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3); *Coppedge v. United States*, 369 U.S. 438, 445 (1962); *McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997) (*overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007)). The Court therefore DENIES Petitioner's application to proceed *in forma pauperis* on appeal.

    For the reasons set forth above,

    IT IS ORDERED that Petitioner Matthew Leon Vaughn's application to proceed *in forma pauperis* (Dkt. # 46) is DENIED.

SO ORDERED.

                              S/Nancy G. Edmunds
                              Nancy G. Edmunds
                              United States District Judge

Dated:  August 27, 2018

     I hereby certify that a copy of the foregoing document was served upon counsel of record on August 27, 2018, by electronic and/or ordinary mail.

                              S/Lisa Bartlett
                              Case Manager